STEELPANEL DISTRIBUTORS, INCORPORATED, Plaintiff–Respondent,

v.

AMHERST CORPORATION, Defendant–Appellant.

No. 68174.

Missouri Court of Appeals, Eastern District, Division Five.

March 26, 1996.

Lander & Berkowitz, P.C., Ira M. Berkowitz, Cynthia Forsythe Tolan, St. Louis, for appellant.

Borgmann, Hanlon, Schwartz & Wilson, L.L.C., Edward J. Hanlon, St. Louis, for respondent.

Before CRANE, C.J., and FLANIGAN and HOFF, JJ.

### ORDER

PER CURIAM.

This is an appeal from the trial court's entry of judgment in favor of plaintiff in an action on open account for building materials sold. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error

of law appears. *Murphy v. Carron,* 536 S.W.2d 30, 32 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The parties have been furnished with a memorandum opinion, for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).